John N. Zarian (SBN 145080)
ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
E-Mail: zarian@zarianmidgley.com

Mira S. Wolff (SBN 161672)
NEWEGG, INC.
16839 E. Gale Avenue
City of Industry, CA 91745
Telephone: (626) 271-9700, x. 22032
Facsimile: (626) 271-9483
E-Mail: Mira.S.Wolff@newegg.com

Attorneys for Plaintiff
NEWEGG INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWEGG INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> TELECOMMUNICATION SYSTEMS, INC., a Maryland corporation, <br><br> Defendant. | Case No. CV 09 0982 <br><br> **DISCLOSURE STATEMENTS PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3-16 OF NEWEGG INC.** |

**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, plaintiff NEWEGG Inc., through its attorneys, declares that NEWEGG INC. has no corporate or other parents, subsidiaries, affiliates, securities or other interests which are publically held or traded on an American stock exchange.

1

DISCLOSURE STATEMENTS PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3-16 OF NEWEGG INC.

## LOCAL RULE 3-16 DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED this 4th day of March, 2009.

        ZARIAN MIDGLEY & JOHNSON PLLC

By _____
    John N. Zarian
    Attorneys for Plaintiff Newegg Inc.

---

2

DISCLOSURE STATEMENTS PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3-16 OF NEWEGG INC.