MICHAEL E. DERGOSITS (State Bar No. 118206)
TEDDY K. JOE (State Bar No. 242589)
DERGOSITS & NOAH, L.L.P.
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:   (415) 705-6377
Facsimile:   (415) 750-6383
Email: mdergosits@dergnoah.com
Email: tjoe@dergnoah.com

WILLIAM W. FLACHSBART (IL State Bar No. 6237069) (of counsel)
ROBERT P. GREENSPOON   (IL State Bar No. 6229357) (of counsel)
MICHAEL R. LA PORTE (IL State Bar No. 6237510) (of counsel)
FLACHSBART & GREENSPOON, LLC
The Monadnock Building
53 W. Jackson Blvd, Suite 652
Chicago, Illinois 60604
Telephone:   (312) 431-3800
Facsimile    (312) 431-3810
Email: wwf@fg-law.com
Email: rpg@fg-law.com
Email: mrl@fg-law.com

Attorneys for Defendant TeleCommunication Systems, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWEGG INC., a Delaware corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>TELECOMMUNICATION SYSTEMS, INC., a Maryland corporation,<br><br>　　　Defendant. | Case No. CV-09-0982 JL<br><br>**DEFENDANT TELECOMMUNICATION SYSTEMS, INC.'S ANSWER AND COUNTERCLAIM TO PLAINTIFF NEWEGG'S COMPLAINT FOR DECLARATORY AND OTHER RELIEF**<br><br>**JURY TRIAL DEMANDED** |

TeleCommunication Systems, Inc. ("TCS" or "Defendant") responds to the Complaint of Newegg Inc. ("Newegg" or "Plaintiff") filed March 6, 2009, as follows:

## THE PARTIES

1. Admitted.

2. Denied.

3. Admitted as to the first sentence; otherwise, denied.

4. Admitted.

5. Admitted that about 20 of 600 employees are based in Oakland; otherwise, denied.

## JURISDICTION AND VENUE

6. Admitted.

7. Admitted.

8. Admitted as to §1391; otherwise, denied.

## INTRADISTRICT ASSIGNMENT

9. Denied.

## ALLEGATIONS

10. Admitted.

11. Admitted.

12. Admitted as to the first sentence; otherwise, denied.

13. Admitted.

## COUNT 1

## DECLARATORY JUDGMENT OF NON-INFRINGEMENT ('811 PATENT)

14. Defendant responds by realleging and reincorporating its responses to paragraphs 1-13 as if fully set forth herein.

15. Denied.

16. Admitted.

17. Denied.

## COUNT II

## DECLARATORY JUDGMENT OF INVALIDITY ('811 PATENT)

18. Defendant responds by realleging and reincorporating its responses to paragraphs 1-17 as if fully set forth herein.

19. Denied.

20. Denied.

21. Denied as to Plaintiff's recharacterization of what Defendant has contended; the patent claims are presumed valid.

22. Denied.

## COUNT III

## DECLARATORY JUDGMENT OF NON-INFRINGEMENT ('990 PATENT)

23. Defendant responds by realleging and reincorporating its responses to paragraphs 1-22 as if fully set forth herein.

24. Denied.

25. Admitted.

26. Denied

## COUNT IV

## DECLARATORY JUDGMENT OF INVALIDITY ('990 PATENT)

27. Defendant responds by realleging and reincorporating its responses to paragraphs 1-26 as if fully set forth herein.

28. Denied.

29. Denied.

30. Denied as to Plaintiff's recharacterization of what Defendant has contended; the patent claims are presumed valid.

31. Denied.

## COUNTERCLAIM FOR PATENT INFRINGEMENT

Counterclaim plaintiff TCS complains of counterclaim defendant Newegg, Inc. as follows:

### NATURE OF LAWSUIT

1. This is a counterclaim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. § 1338(a).

### PARTIES AND PATENTS

2. Counterclaim Plaintiff TCS is a Maryland corporation with a principal place of business at 275 West Street, Annapolis, Maryland 21401. TCS is a publicly traded technology company (NASDAQ: TSYS), and a leading provider of mission-critical wireless data solutions to carriers, enterprise and government customers. TCS's wireless data offerings include location-based Enhanced 9-1-1 services and messaging and location service infrastructure for wireless operators, real-time market data and alerts for financial institutions, mobile asset management and mobile office solutions for enterprises, and encrypted satellite communications for government customers. As a small technology company, TCS depends on innovation, and the protections of the patent system, to succeed in the marketplace.

3. As a result of such innovative activities, TCS owns all right, title and interest in and has standing to sue for infringement of the following United States Patents: 6,891,811 and 7,355,990.

4. Defendant Newegg alleges that it is a Delaware corporation having its principal place of business at 16839 E. Gale Avenue, City of Industry, California 91745. Newegg has subjected itself to jurisdiction in this judicial district by, among other things, suing TCS for declaratory relief in the present action.

### JURISDICTION AND VENUE

6. Jurisdiction over this counterclaim arises under the patent laws of the United States, 28 U.S.C. §§ 1331, 1338(a). Venue is technically proper in this district (though its appropriateness is contested by TCS under 28 U.S.C. § 1404(a)) under 28 U.S.C. §§ 1391 and 1400.

## NEWEGG'S ACTS OF PATENT INFRINGEMENT

7. On information and belief, Newegg has infringed at least claim 1 of the '811 patent, and at least claim 1 of the '990 patent, through, among other activities, the use of products, services and technology that translate mobile-originated SMPP-based messages to HTTP-based messages. At a minimum, infringement arises from Newegg's registration, activation, maintenance and use of its short code 639344 (which spells out "NEWEGG" on a telephone keypad), whereby such activities direct, control, enable and/or put into service mobile-originated communications of the type claimed in the patents-in-suit. At present, TCS alleges infringement under the "use" part of 35 U.S.C. § 271(a), but reserves the right to ascertain through discovery and otherwise additional infringing activities under additional parts of section 271(a), or additional subsections of section 271 (e.g., 271(b) or (c)). The foregoing information and belief is based on, among other things, Newegg's registration of "639344" in the "Official CSC Directory," with a "Live Date" of "12/19/2007," whereby the registration states, "Discover Exclusive Newegg offers on your mobile phone, receive coupons, comparison shop, Daily Deals, and new product alerts from Newegg.com." It is also based on the listing of its "Application Provider" as "360 Degree Mobile, Inc.," whereby that company's website notes that its product offerings enable "2-way messaging" with technology that "integrates easily into Microsoft Dynamics CRM," as well as "Microsoft Exchange Server 2003[/2007] and Microsoft SQL Server 2005[/2008]." It is also based on the absence of any specific Newegg denial (in spite of months of opportunities to do so) that it has used the short code in question, or that its short code enables SMS-to-HTTP MO-to-application texting.

8. Newegg's infringement has injured TCS and TCS is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

## NOTICE

9. The notice and marking provisions of 35 U.S.C. § 287 do not apply to TCS's assertions of patent infringement in this counterclaim, and TCS may claim pre-notice and pre-filing damages for all the infringement that has occurred. Nothwithstanding the above, TCS put

Newegg on notice of patent infringement via a letter dated 12 January 2009, received at Newegg no later than 19 January 2009.

## PRAYER FOR RELIEF

WHEREFORE, Counterclaim Plaintiff TCS asks this Court to enter judgment against Newegg and against its respective subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with it, granting the following relief:

A.   An award of damages adequate to compensate TCS for the infringement that has occurred, together with prejudgment interest from the date infringement of the TCS patents began;

B.   An award to TCS of all remedies available under 35 U.S.C. § 284;

C.   An award to TCS of all remedies available under 35 U.S.C. § 285;

D.   A permanent injunction prohibiting further infringement, inducement and contributory infringement of the TCS patents; and,

E.   Such other and further relief as this Court or a jury may deem proper and just.

Dated: April 14, 2009                                      DERGOSITS & NOAH LLP

_____/s/_____
By:  Michael E. Dergosits
MICHAEL E. DERGOSITS (State Bar No. 118206)
TEDDY K. JOE (State Bar No. 242589)
DERGOSITS & NOAH, L.L.P.
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:   (415) 705-6377
Facsimile:   (415) 750-6383
Email: mdergosits@dergnoah.com
Email: tjoe@dergnoah.com

WILLIAM W. FLACHSBART
(IL State Bar No. 6237069) (of counsel)
ROBERT P. GREENSPOON
(IL State Bar No. 6229357) (of counsel)
MICHAEL R. LA PORTE
(IL State Bar No. 6237510) (of counsel)
FLACHSBART & GREENSPOON, LLC
The Monadnock Building
53 W. Jackson Blvd, Suite 652
Chicago, Illinois 60604

| | |
|---|---|
| 1 | Telephone:   (312) 431-3800 |
| 2 | Facsimile    (312) 431-3810 |
| | Email: wwf@fg-law.com |
| 3 | Email: rpg@fg-law.com |
| | Email: mrl@fg-law.com |
| 4 | |
| 5 | Attorneys for |
| | Defendant TeleCommunication Systems, Inc. |

(Lines 6–28 blank)

## JURY DEMAND

TCS demands a trial by jury on all issues raised by its Answer and by its Counterclaim so triable.

Dated: April 14, 2009                                   DERGOSITS & NOAH LLP


                                                        /s/
                                                        ―――――――――――――――――
                                                        By:  Michael E. Dergosits
                                                        MICHAEL E. DERGOSITS (State Bar No. 118206)
                                                        TEDDY K. JOE (State Bar No. 242589)
                                                        DERGOSITS & NOAH, L.L.P.
                                                        Three Embarcadero Center, Suite 410
                                                        San Francisco, CA 94111
                                                        Telephone:    (415) 705-6377
                                                        Facsimile:    (415) 750-6383
                                                        Email: mdergosits@dergnoah.com
                                                        Email: tjoe@dergnoah.com

                                                        WILLIAM W. FLACHSBART
                                                        (IL State Bar No. 6237069) (of counsel)
                                                        ROBERT P. GREENSPOON
                                                        (IL State Bar No. 6229357) (of counsel)
                                                        MICHAEL R. LA PORTE
                                                        (IL State Bar No. 6237510) (of counsel)
                                                        FLACHSBART & GREENSPOON, LLC
                                                        The Monadnock Building
                                                        53 W. Jackson Blvd, Suite 652
                                                        Chicago, Illinois 60604
                                                        Telephone:    (312) 431-3800
                                                        Facsimile     (312) 431-3810
                                                        Email: wwf@fg-law.com
                                                        Email: rpg@fg-law.com
                                                        Email: mrl@fg-law.com

                                                        Attorneys for
                                                        Defendant TeleCommunication Systems, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L. R. 5-6 on April 14, 2009.

Dated: April 14, 2009

DERGOSITS & NOAH LLP

_____/s/_____
By: Michael E. Dergosits
MICHAEL E. DERGOSITS (State Bar No. 118206)
TEDDY K. JOE (State Bar No. 242589)
DERGOSITS & NOAH, L.L.P.
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:   (415) 705-6377
Facsimile:    (415) 750-6383
Email: mdergosits@dergnoah.com
Email: tjoe@dergnoah.com

WILLIAM W. FLACHSBART
(IL State Bar No. 6237069) (of counsel)
ROBERT P. GREENSPOON
(IL State Bar No. 6229357) (of counsel)
MICHAEL R. LA PORTE
(IL State Bar No. 6237510) (of counsel)
FLACHSBART & GREENSPOON, LLC
The Monadnock Building
53 W. Jackson Blvd, Suite 652
Chicago, Illinois 60604
Telephone:   (312) 431-3800
Facsimile     (312) 431-3810
Email: wwf@fg-law.com
Email: rpg@fg-law.com
Email: mrl@fg-law.com

Attorneys for
Defendant TeleCommunication Systems, Inc