1   MICHAEL E. DERGOSITS (State Bar No. 118206)
    TEDDY K. JOE (State Bar No. 242589)
2   DERGOSITS & NOAH, L.L.P.
    Three Embarcadero Center, Suite 410
3   San Francisco, CA 94111
    Telephone:    (415) 705-6377
4   Facsimile:    (415) 750-6383
    Email: mdergosits@dergnoah.com
5   Email: tjoe@dergnoah.com

6   WILLIAM W. FLACHSBART (IL State Bar No. 6237069) (of counsel)
    ROBERT P. GREENSPOON   (IL State Bar No. 6229357) (of counsel)
7   MICHAEL R. LA PORTE (IL State Bar No. 6237510) (of counsel)
    FLACHSBART & GREENSPOON, LLC
8   The Monadnock Building
    53 W. Jackson Blvd, Suite 652
9   Chicago, Illinois 60604
    Telephone:    (312) 431-3800
10  Facsimile     (312) 431-3810
    Email: wwf@fg-law.com
11  Email: rpg@fg-law.com
    Email: mrl@fg-law.com
12
    Attorneys for Defendant TeleCommunication Systems, Inc.
13
                    **UNITED STATES DISTRICT COURT**
14
                   **NORTHERN DISTRICT OF CALIFORNIA**
15
                      **SAN FRANCISCO DIVISION**
16

17  NEWEGG INC., a Delaware corporation,          )   Case No. CV-09-0982 JL
                                                   )
18          Plaintiff,                             )   **[PROPOSED] ORDER GRANTING**
                                                   )   **DEFENDANT'S MOTION TO**
19  v.                                             )   **TRANSFER VENUE**
                                                   )
20  TELECOMMUNICATION SYSTEMS, INC.,              )
    a Maryland corporation,                        )   **Hearing Date: May 20, 2009**
21                                                 )   **Hearing Time: 9:30 a.m.**
            Defendant.                             )   **Location: Courtroom F, 15th Floor**
22                                                 )   **Judge: Magistrate Judge James Larson**
                                                   )
23  _____  )

24

25

26

27

28

1    This matter is before the Court on Defendant TeleCommunication Systems, Inc. ("TCS")

2  Motion to Transfer Venue.  Having reviewed TCS's Motion, supporting Memorandum of Points

3  and Authorities, and TCS's supporting Declaration of Elliott Hamilton, the Court hereby

4  GRANTS TCS's Motion to Transfer Venue to the United States District Court of Maryland.

6    IT IS SO ORDERED.

7
Date: _____        _____
8                                                                      Magistrate Judge James Larson

2