# EXHIBIT 2
DECLARATION OF JOHN N. ZARIAN

# Investor Information Overview



🖨 Printable View

 Webcast
**Q1 2009 TeleCommunication Systems, Inc. Earnings Conference Call** (Live)
04/30/09 at 5:00 p.m. ET

### Corporate Profile

TeleCommunication Systems, Inc. (TCS) engineers and delivers highly reliable wireless communications technology. Investments since 1987 in wireless technology R&D and customer relationships have led to growing software-based text messaging and location-based service businesses (including public safety applications) with leading wireless, VoIP, and telematics customers, and rapidly growing satcom and IT solutions business with U.S. government agencies. The company has about 600 employees, based primarily in Annapolis and metro DC, Seattle, Oakland and Tampa, and maintains a growing portfolio of some 65 patents, with more than 200 patent applications pending.

Read Full Profile >>

### Stock Quote

**TSYS (Common Stock)**
**Exchange**   NASDAQ GM
**Price**      $10.27
**Change (%)** ▲ $0.37 (3.74%)
**Volume**     308,746

As of 04/29/09 12:28 p.m. ET
Minimum 20 minute delay

### Quick Links

- Company Presentation (pdf)
- FAQs
- E-mail Alerts
- Information Requests
- Calendar of Events

### Company Presentation

📄 Company Presentation (pdf)

### Annual Financial Performance

Case 1:09-cv-01870-WDQ    Document 17-2    Filed 04/29/09    Page 3 of 3









[Click here](#) to download Reconciliation to GAAP.

Copyright © 2008 MarketWatch, Inc. All rights reserved. Please see our Terms of Use.
Designed and powered by Dow Jones Client Solutions
Intraday data provided by Interactive Data Real Time Services and subject to the Terms of Use.
Intraday data is at least 20-minutes delayed. All times are ET.
Historical and current end-of-day data provided by Interactive Data Pricing and Reference Data.