# EXHIBIT 6

DECLARATION OF JOHN N. ZARIAN

Start applying now - **Post Your Resume Now**

**Employers**

- Home
- Jobseeker Menu
    - Post Your Resume
    - Search Jobs
    - Take This Month's Poll
    - Customer Service
    - Log In
- Career Tools
    - Resume Distribution
    - Awesome Resume!
    - Resume Multi-Post
    - Free Career Test
    - Free Salary Report
- Career Centers
    - Online Degree Center
    - Career Resource Center
    - Career Information Library
    - Free Magazine Center
    - Salary Center
    - Self Employment Center
    - For Executives Only

## College Courses Online

Healthcare – Medical Billing and Coding

 Find a degree  **ONLINE DEGREES**

*Click Here for the Top College Degrees Online*

**Get NEW Jobs Like This in Your Email FREE!**

Register NOW to apply to great jobs, get career advice from leading career experts, and more! Create your FREE account now.

 Get Qualified

- Job Search
- Results
- Job View
- Apply

More Jobs Like This

Start a new search

## Principal Computer Software Engineer

BOOKMARK

**Company:** Telecommunication Systems
**Location:** Oakland, California

- *Salary:* Not Specified
- *Category:* Information Tech / Computer
- *Date Posted:* 04/24/2009
- *Travel Required:* Not Specified
- *Security Clearance:* No
- *Work Type:* Any

**Job Description**

Principal Computer Software Engineer

Location: US-CA-Oakland
Job #: DJOB
Pos. Type: Full Time/Regular
Job ID: 1884
Security Clearance: Not Required

More information about this job:
Overview:
TCS (NASDAQ: TSYS), a leading telematics and mobile technology provider, is looking for the right candidate to lead the engineering efforts to develop location applications on telematics and mobile platforms.
This position reports to Engineering Director of Location Applications and will work closely with QA, sales, product management/marketing, support and operations to ensure the delivery and quality of industry-leading traffic and navigation applications.
Our Location Applications Division is located in downtown Oakland, California. We think and operate like a startup with support from corporate headquartered in Annapolis, MD.

Responsibilities:
. Work closely with product management/marketing and service delivery to conduct thorough product requirements analysis
. Assist technical program management and product management in scoping and provide support to ensure the successful of deliveries and projects
. Work with BU technical fellow to lead the system architect, design and implementation effort of telematics location application platform.
. Provide technical expertise to peer developers and support to quality and customer service teams
. Provide technical leadership and guidance to off-shore engineering team in India as well as local development team
. Perform engineering project management functions to manage day to day tasks of the development team as needed

Qualifications:
. 12+ years of experience in developing and successfully launching commercial products
. Strong and hand-on experience in system architecture and software design
. Excellent requirement analysis and problem diagnostic skills
. Solid Java/C/C++ programming and trouble shooting skills on variances of UNIX operating

systems, experience with embedded systems (QNX, Embedded Linux, VxWork) is a must.
. Familiar with SDLC and development environments
. Good understanding and knowledge of TCP/IP, HTTP in connected limited device environment
. Excellent written and verbal communication skills and the abilities in presenting technical concepts and ideas
. Experience or familiarity with Agile and Test Driven Development is a plus
. Working experience with open source codes is a plus
. BSCS/EE degree or higher
. Working experience with open source codes is a plus.
. BSCS/EE degree or higher.

Apply for this job:
Your application choices are:
* Apply for this jobonline
* Refer a friend to this job

Click here to apply now

Career Tours Video »

**Get an idea of what you could expect on the job.**



Watch Career Videos   Watch More Job Videos

Video not a match for this job?

With all the variations of job titles and "on the job" duties, this video may not be the best representation of this company or role. The video represents our best effort to give you an idea of what you could expect on the job. We are committed to improving our videos and matching technology.

Please contact us with feedback on the video or job title you would like us to improve.

Learn More & Earn More »

**Accelerate Your Information Tech / Computer Career**

IS: Networking (Bachelor's)

Strayer University

IS: Homeland Security and Info Systems (Bachelor's)



Strayer University









# College Courses Online

Education/Teaching -- Education/Teaching

Most Popular Online Degrees:

IDS/Early Childhood Development (A.A.)
Medical Billing and Coding (A.A.)
Information Systems (B.S.)
Business Administration (A.A.)

YES...I want Financial Aid for my degree

**Latest Job Articles**

- Self Employment and the Stimulus Plan.
- The Art of the Networking Letter
- Job.com's Top Industry Picks
- Six Factors of Career Success
- Interest in franchises skyrockets due to layoffs

enter keyword

RSS | More Articles »

^ Top of Page

Privacy Policy · Terms of Use · Contact Us · Press Releases · Jobs By Category · Jobs By Region · Site Map

Copyright © 2001 - 2009 Job.com, Inc. All rights reserved.