# EXHIBIT 10

DECLARATION OF JOHN N. ZARIAN

## Table C-5. (March 31, 2008—Continued)
| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval In Months | Number of Cases | Median Time Interval In Months | Number of Cases | Median Time Interval In Months | Number of Cases | Median Time Interval In Months | Number of Cases | Median Time Interval In Months |
| **9TH** | 26,817 | 8.1 | 8,606 | 6.1 | 16,019 | 8.4 | 1,673 | 13.1 | 519 | 25.2 |
| AK | 313 | 10.1 | 105 | 7.3 | 201 | 11.8 | - | - | 7 | - |
| AZ | 1,993 | 10.7 | 707 | 8.0 | 1,221 | 10.3 | 20 | 37.0 | 45 | 31.3 |
| CA,N | 4,128 | 7.4 | 1,027 | 4.2 | 1,979 | 6.6 | 1,065 | 12.6 | 57 | 25.5 |
| CA,E | 1,956 | 10.1 | 705 | 8.0 | 1,187 | 11.9 | 33 | 23.7 | 31 | 27.0 |
| CA,C | 8,548 | 7.8 | 3,175 | 5.6 | 5,106 | 7.0 | 92 | 18.0 | 175 | 22.8 |
| CA,S | 1,911 | 7.0 | 274 | 5.2 | 1,389 | 6.6 | 216 | 9.4 | 32 | 29.4 |
| HI | 635 | 11.2 | 375 | 9.6 | 203 | 13.4 | 39 | 19.0 | 18 | 26.0 |
| ID | 405 | 12.6 | 25 | 5.7 | 348 | 12.9 | 15 | 17.0 | 17 | 27.5 |
| MT | 490 | 10.3 | 188 | 7.6 | 210 | 10.3 | 75 | 15.0 | 17 | 25.0 |
| NV | 1,721 | 10.9 | 665 | 8.5 | 974 | 10.7 | 56 | 13.8 | 26 | 32.0 |
| OR | 1,783 | 10.9 | 587 | 8.8 | 1,139 | 11.9 | 16 | 24.0 | 41 | 20.3 |
| WA,E | 451 | 7.6 | 140 | 4.6 | 277 | 8.0 | 25 | 14.5 | 9 | - |
| WA,W | 2,416 | 7.0 | 598 | 4.2 | 1,760 | 8.1 | 16 | 16.0 | 42 | 18.0 |
| GUAM | 21 | 8.3 | 14 | 8.8 | 4 | - | 3 | - | - | - |
| NMI | 46 | 12.0 | 21 | 9.0 | 21 | 12.0 | 2 | - | 2 | - |
| **10TH** | 7,545 | 8.5 | 1,323 | 5.2 | 4,786 | 8.3 | 1,252 | 12.5 | 184 | 24.0 |
| CO | 2,044 | 7.9 | 102 | 3.5 | 1,801 | 7.3 | 93 | 18.7 | 48 | 27.0 |
| KS | 1,112 | 9.3 | 297 | 7.2 | 686 | 9.2 | 101 | 17.2 | 28 | 24.0 |
| NM | 994 | 10.2 | 178 | 3.3 | 340 | 9.4 | 447 | 11.3 | 29 | 21.5 |
| OK,N | 667 | 10.0 | 72 | 3.0 | 566 | 10.4 | 17 | 16.5 | 12 | 33.0 |
| OK,E | 414 | 9.6 | 307 | 11.5 | 84 | 7.8 | 9 | - | 14 | 14.4 |
| OK,W | 1,073 | 8.0 | 259 | 4.5 | 363 | 7.3 | 429 | 11.0 | 22 | 16.7 |
| UT | 997 | 8.7 | 69 | 2.5 | 867 | 9.6 | 38 | 16.0 | 23 | 29.4 |
| WY | 244 | 9.8 | 39 | 5.0 | 79 | 5.6 | 118 | 10.0 | 8 | - |
| **11TH** | 21,110 | 7.1 | 3,447 | 5.6 | 16,215 | 7.4 | 1,105 | 14.6 | 343 | 20.2 |
| AL,N | 1,959 | 9.6 | 445 | 8.4 | 1,449 | 9.2 | 25 | 16.0 | 40 | 19.0 |
| AL,M | 784 | 9.3 | 226 | 7.5 | 470 | 8.1 | 73 | 17.8 | 15 | 17.5 |
| AL,S | 640 | 7.6 | 97 | 6.0 | 506 | 7.3 | 20 | 16.8 | 17 | 14.8 |
| FL,N | 902 | 8.1 | 218 | 7.0 | 646 | 8.2 | 20 | 8.5 | 18 | 20.0 |
| FL,M | 6,554 | 8.5 | 421 | 6.8 | 5,959 | 8.4 | 83 | 18.5 | 91 | 21.4 |
| FL,S | 6,106 | 5.7 | 1,258 | 4.4 | 4,691 | 5.9 | 66 | 14.5 | 91 | 17.5 |
| GA,N | 2,927 | 7.9 | 587 | 3.4 | 1,523 | 6.4 | 770 | 12.8 | 47 | 27.4 |
| GA,M | 631 | 11.9 | 142 | 7.8 | 472 | 12.5 | 8 | - | 9 | - |
| GA,S | 607 | 11.7 | 53 | 6.2 | 499 | 10.0 | 40 | 19.0 | 15 | 20.0 |

NOTE: MEDIAN TIME INTERVALS NOT COMPUTED WHEN FEWER THAN 10 CASES REPORTED. THIS TABLE EXCLUDES LAND CONDEMNATIONS, PRISONER PETITIONS, DEPORTATION REVIEWS, RECOVERY OF OVERPAYMENTS, AND ENFORCEMENT OF JUDGMENTS. FOR FISCAL YEARS PRIOR TO 2001, THIS TABLE INCLUDED DATA ON RECOVERY OF OVERPAYMENTS AND ENFORCEMENT OF JUDGMENTS.

58

Table C-5.
U.S. District Courts—Median Time Intervals From Filing to Disposition of Civil Cases Terminated, by District and Method of Disposition, During the 12-Month Period Ending March 31, 2008

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| TOTAL | 179,549 | 9.7 | 41,718 | 5.2 | 105,778 | 8.1 | 22,631 | 14.4 | 9,422 | 128.2 |
| DC | 1,856 | 8.9 | 669 | 6.0 | 1,126 | 9.2 | 31 | 20.0 | 30 | 36.0 |
| 1ST | 4,881 | 9.4 | 2,051 | 6.2 | 1,936 | 9.7 | 718 | 17.5 | 176 | 26.4 |
| ME | 336 | 7.5 | 142 | 5.6 | 168 | 8.7 | 12 | 12.0 | 14 | 16.5 |
| MA | 2,606 | 8.0 | 1,406 | 6.1 | 788 | 8.1 | 319 | 20.5 | 93 | 29.5 |
| NH | 325 | 8.0 | 81 | 2.6 | 93 | 5.7 | 143 | 14.8 | 8 | - |
| RI | 438 | 9.9 | 176 | 6.2 | 187 | 10.0 | 61 | 12.5 | 14 | 31.0 |
| PR | 1,176 | 11.4 | 246 | 7.8 | 700 | 10.5 | 183 | 20.0 | 47 | 31.5 |
| 2ND | 19,866 | 11.3 | 4,054 | 7.3 | 12,445 | 11.4 | 3,059 | 15.8 | 308 | 29.3 |
| CT | 1,690 | 10.3 | 1,041 | 8.7 | 542 | 14.0 | 64 | 22.5 | 43 | 30.0 |
| NY,N | 1,064 | 13.8 | 210 | 6.6 | 514 | 12.5 | 318 | 17.1 | 22 | 31.0 |
| NY,E | 5,905 | 13.2 | 924 | 7.3 | 3,629 | 14.1 | 1,248 | 15.1 | 104 | 28.0 |
| NY,S | 9,903 | 9.7 | 1,602 | 7.0 | 6,881 | 9.1 | 1,298 | 12.5 | 122 | 28.0 |
| NY,W | 1,068 | 12.4 | 241 | 8.5 | 689 | 12.0 | 126 | 25.0 | 12 | 37.0 |
| VT | 236 | 8.2 | 36 | 3.3 | 190 | 9.5 | 5 | - | 5 | - |
| 3RD | 17,142 | 7.5 | 3,351 | 4.9 | 10,316 | 6.9 | 3,209 | 14.4 | 266 | 26.7 |
| DE | 678 | 11.8 | 99 | 4.7 | 535 | 11.7 | 19 | 31.3 | 25 | 33.0 |
| NJ | 5,036 | 8.2 | 1,653 | 5.7 | 1,894 | 6.1 | 1,430 | 15.8 | 59 | 34.4 |
| PA,E | 7,661 | 6.0 | 548 | 2.4 | 5,501 | 5.3 | 1,511 | 12.0 | 101 | 18.8 |
| PA,M | 1,415 | 8.9 | 410 | 4.5 | 905 | 8.5 | 60 | 18.4 | 40 | 27.0 |
| PA,W | 1,988 | 7.8 | 530 | 4.1 | 1,391 | 8.9 | 32 | 25.0 | 35 | 35.0 |
| VI | 364 | 19.4 | 111 | 19.4 | 90 | 24.0 | 157 | 11.0 | 6 | - |
| 4TH | 11,545 | 7.6 | 2,926 | 5.5 | 7,384 | 7.9 | 1,057 | 9.6 | 178 | 19.5 |
| MD | 2,514 | 6.2 | 916 | 6.2 | 1,348 | 6.5 | 207 | 12.6 | 43 | 24.5 |
| NC,E | 844 | 10.3 | 374 | 8.1 | 452 | 10.8 | 8 | - | 10 | 22.0 |
| NC,M | 728 | 9.5 | 263 | 8.7 | 393 | 9.8 | 71 | 12.0 | 1 | - |
| NC,W | 918 | 7.8 | 275 | 9.3 | 534 | 5.7 | 99 | 15.8 | 10 | 18.0 |
| SC | 2,457 | 8.0 | 368 | 2.4 | 1,935 | 8.3 | 111 | 13.9 | 43 | 21.0 |
| VA,E | 2,168 | 5.1 | 375 | 3.9 | 1,246 | 5.5 | 509 | 7.3 | 38 | 10.6 |
| VA,W | 654 | 9.1 | 154 | 7.5 | 460 | 9.4 | 22 | 10.0 | 18 | 14.8 |
| WV,N | 442 | 11.7 | 166 | 10.4 | 257 | 11.9 | 13 | 25.0 | 6 | - |
| WV,S | 820 | 10.9 | 35 | 2.5 | 759 | 10.6 | 17 | 23.5 | 9 | - |

56

Table C-5. (March 31, 2008—Continued)

| Circuit and District | Total Cases | | No Court Action | | Before Pretrial | | Court Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| **5TH** | **29,102** | **12.5** | **4,555** | **6.9** | **14,319** | **8.4** | **3,486** | **13.2** | **6,742** | **128.9** |
| LA,E | 6,818 | 9.9 | 97 | 4.8 | 4,301 | 7.1 | 2,343 | 13.7 | 77 | 17.0 |
| LA,M | 7,081 | 128.8 | 361 | 4.7 | 350 | 10.8 | 31 | 28.0 | 6,339 | 128.0 |
| LA,W | 1,625 | 11.2 | 423 | 7.5 | 1,132 | 12.9 | 29 | 21.5 | 41 | 28.5 |
| MS,N | 920 | 16.5 | 195 | 7.0 | 365 | 10.9 | 332 | 49.7 | 28 | 22.3 |
| MS,S | 2,272 | 10.3 | 1,414 | 9.0 | 779 | 11.0 | 44 | 20.4 | 35 | 23.5 |
| TX,N | 2,481 | 7.6 | 189 | 6.3 | 2,236 | 7.9 | 5 | . | 51 | 23.0 |
| TX,E | 1,671 | 9.7 | 205 | 6.0 | 1,349 | 9.2 | 72 | 14.6 | 45 | 18.4 |
| TX,S | 4,105 | 6.0 | 1,079 | 3.5 | 2,413 | 7.3 | 544 | 10.7 | 69 | 19.7 |
| TX,W | 2,129 | 8.3 | 592 | 6.5 | 1,394 | 8.6 | 86 | 14.5 | 57 | 18.0 |
| **6TH** | **17,376** | **9.4** | **4,171** | **5.3** | **9,081** | **9.6** | **3,866** | **14.4** | **258** | **25.9** |
| KY,E | 1,329 | 9.1 | 169 | 6.2 | 1,135 | 9.6 | 18 | 17.0 | 7 | . |
| KY,W | 1,090 | 9.2 | 296 | 7.6 | 708 | 9.6 | 76 | 18.0 | 10 | 24.0 |
| MI,E | 4,200 | 9.9 | 887 | 4.9 | 1,312 | 6.3 | 1,935 | 15.5 | 66 | 25.8 |
| MI,W | 909 | 8.4 | 99 | 3.1 | 774 | 9.8 | 20 | 18.4 | 16 | 20.0 |
| OH,N | 4,390 | 8.3 | 1,023 | 3.1 | 2,468 | 10.7 | 866 | 10.8 | 33 | 19.8 |
| OH,S | 2,515 | 10.0 | 1,034 | 6.0 | 934 | 10.9 | 513 | 15.9 | 34 | 27.0 |
| TN,E | 981 | 12.7 | 167 | 7.6 | 395 | 9.7 | 388 | 16.7 | 31 | 23.0 |
| TN,M | 1,033 | 9.1 | 158 | 5.0 | 835 | 10.0 | 13 | 19.0 | 27 | 21.0 |
| TN,W | 929 | 11.6 | 338 | 10.7 | 520 | 11.9 | 37 | 29.0 | 34 | 29.0 |
| **7TH** | **12,191** | **8.7** | **3,546** | **5.5** | **6,740** | **8.9** | **1,703** | **12.9** | **202** | **26.0** |
| IL,N | 6,525 | 6.5 | 2,309 | 5.1 | 3,523 | 6.7 | 599 | 12.2 | 94 | 27.5 |
| IL,C | 612 | 9.5 | 219 | 7.0 | 373 | 9.5 | 8 | . | 12 | 30.0 |
| IL,S | 763 | 10.9 | 167 | 7.4 | 547 | 10.4 | 26 | 24.0 | 23 | 24.0 |
| IN,N | 1,098 | 11.0 | 212 | 5.0 | 424 | 9.1 | 449 | 14.9 | 13 | 22.5 |
| IN,S | 1,816 | 9.9 | 450 | 4.3 | 984 | 10.9 | 355 | 12.1 | 27 | 26.5 |
| WI,E | 940 | 8.8 | 144 | 3.3 | 701 | 8.5 | 73 | 15.0 | 22 | 36.0 |
| WI,W | 437 | 4.0 | 45 | 2.0 | 188 | 4.0 | 193 | 6.2 | 11 | 11.0 |
| **8TH** | **10,118** | **10.7** | **3,019** | **5.8** | **5,411** | **10.7** | **1,472** | **21.4** | **216** | **22.9** |
| AR,E | 1,109 | 13.6 | 209 | 10.5 | 850 | 13.1 | 10 | 12.5 | 40 | 20.5 |
| AR,W | 570 | 10.7 | 16 | 2.0 | 535 | 10.8 | 6 | . | 13 | 14.0 |
| IA,N | 412 | 9.1 | 60 | 6.0 | 335 | 9.8 | 2 | . | 15 | 24.0 |
| IA,S | 541 | 11.8 | 138 | 7.8 | 275 | 9.0 | 119 | 17.2 | 9 | . |
| MN | 3,333 | 10.4 | 1,044 | 2.2 | 981 | 8.1 | 1,273 | 23.0 | 35 | 22.0 |
| MO,E | 1,707 | 7.5 | 717 | 6.4 | 942 | 8.7 | 12 | 18.0 | 36 | 22.0 |
| MO,W | 1,425 | 9.5 | 669 | 8.5 | 726 | 9.4 | 7 | . | 23 | 24.0 |
| NE | 589 | 9.7 | 16 | 2.0 | 523 | 9.1 | 26 | 16.7 | 24 | 18.5 |
| ND | 171 | 10.4 | 62 | 7.3 | 100 | 11.6 | 4 | . | 5 | . |
| SD | 261 | 11.8 | 88 | 9.3 | 144 | 10.0 | 13 | 18.0 | 16 | 33.0 |

57

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CALIFORNIA NORTHERN** | | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | Numerical Standing | |
| OVERALL CASELOAD STATISTICS | Filings* | 7,295 | 7,970 | 8,683 | 6,362 | 6,727 | 6,919 | U.S. | Circuit |
| | Terminations | 7,402 | 6,777 | 6,983 | 6,966 | 6,471 | 7,094 | | |
| | Pending | 8,882 | 9,005 | 8,157 | 6,557 | 7,267 | 7,567 | | |
| | % Change in Total Filings — Over Last Year | | -8.5 | | | | | 78 | 12 |
| | % Change in Total Filings — Over Earlier Years | | | -16.0 | 14.7 | 8.4 | 5.4 | 20 | 1 |
| | Number of Judgeships | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months** | 5.9 | .0 | .0 | .0 | .0 | 3.1 | | |
| ACTIONS PER JUDGESHIP | FILINGS — Total | 521 | 569 | 620 | 455 | 480 | 494 | 22 | 6 |
| | FILINGS — Civil | 441 | 505 | 558 | 390 | 413 | 424 | 10 | 2 |
| | FILINGS — Criminal Felony | 42 | 33 | 37 | 39 | 44 | 47 | 78 | 14 |
| | FILINGS — Supervised Release Hearings** | 38 | 31 | 25 | 26 | 23 | 23 | 19 | 8 |
| | Pending Cases | 634 | 643 | 583 | 468 | 519 | 541 | 10 | 2 |
| | Weighted Filings** | 592 | 624 | 621 | 543 | 581 | 631 | 10 | 3 |
| | Terminations | 529 | 484 | 499 | 498 | 462 | 507 | 17 | 5 |
| | Trials Completed | 6 | 8 | 8 | 10 | 10 | 11 | 93 | 14 |
| MEDIAN TIMES (months) | From Filing to Disposition — Criminal Felony | 11.2 | 12.4 | 11.2 | 12.6 | 11.1 | 11.7 | 72 | 13 |
| | From Filing to Disposition — Civil** | 7.7 | 6.7 | 7.4 | 9.8 | 8.2 | 10.6 | 22 | 4 |
| | From Filing to Trial** (Civil Only) | 30.0 | 24.9 | 25.0 | 28.0 | 22.5 | 30.3 | 61 | 8 |
| OTHER | Civil Cases Over 3 Years Old** — Number | 488 | 393 | 528 | 530 | 430 | 377 | | |
| | Civil Cases Over 3 Years Old** — Percentage | 6.0 | 4.7 | 7.3 | 9.5 | 6.9 | 5.7 | 53 | 6 |
| | Average Number of Felony Defendants Filed Per Case | 1.3 | 1.2 | 1.5 | 1.5 | 1.4 | 1.5 | | |
| | Jurors — Avg. Present for Jury Selection | 64.09 | 53.81 | 59.09 | 55.21 | 61.19 | 65.00 | | |
| | Jurors — Percent Not Selected or Challenged | 42.1 | 41.9 | 43.2 | 31.0 | 48.9 | 40.9 | | |

| 2008 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6175 | 97 | 326 | 1877 | 92 | 75 | 564 | 557 | 246 | 479 | 710 | 162 | 990 |
| Criminal* | 575 | 3 | 83 | 221 | 75 | 83 | 19 | 39 | 4 | 10 | 13 | 5 | 20 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **MARYLAND** | | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | | |
| OVERALL CASELOAD STATISTICS | Filings* | | 4,127 | 4,292 | 4,035 | 4,395 | 4,753 | 4,572 | U.S. | Circuit |
| | Terminations | | 4,054 | 4,198 | 4,196 | 5,076 | 4,292 | 4,317 | | |
| | Pending | | 3,723 | 3,644 | 3,632 | 3,766 | 4,399 | 4,228 | | |
| | % Change in Total Filings | Over Last Year | -3.9 | | | | | | 62 | 9 |
| | | Over Earlier Years | | 2.3 | -6.1 | -13.2 | -9.7 | | 58 | 6 |
| | Number of Judgeships | | 10 | 10 | 10 | 10 | 10 | 10 | | |
| | Vacant Judgeship Months** | | 1.0 | .0 | .0 | .0 | 1.1 | 11.2 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 412 | 429 | 404 | 440 | 476 | 457 | 47 | 4 |
| | | Civil | 346 | 360 | 339 | 378 | 415 | 395 | 33 | 3 |
| | | Criminal Felony | 51 | 52 | 47 | 50 | 50 | 52 | 68 | 8 |
| | | Supervised Release Hearings** | 15 | 17 | 18 | 12 | 11 | 10 | 74 | 9 |
| | Pending Cases | | 372 | 364 | 363 | 377 | 440 | 423 | 47 | 3 |
| | Weighted Filings** | | 452 | 500 | 463 | 490 | 490 | 495 | 40 | 4 |
| | Terminations | | 405 | 420 | 420 | 508 | 429 | 432 | 54 | 5 |
| | Trials Completed | | 19 | 20 | 18 | 19 | 23 | 21 | 54 | 7 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 11.0 | 10.2 | 10.3 | 12.4 | 10.2 | 11.5 | 71 | 8 |
| | | Civil** | 7.0 | 6.3 | 7.4 | 8.9 | 7.1 | 7.5 | 12 | 2 |
| | From Filing to Trial** (Civil Only) | | 22.0 | 21.5 | 25.0 | 26.0 | 25.5 | 23.0 | 24 | 5 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 538 | 507 | 176 | 131 | 210 | 102 | | |
| | | Percentage | 17.9 | 17.3 | 6.0 | 4.2 | 5.6 | 3.1 | 91 | 9 |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.6 | 1.5 | 1.5 | 1.6 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 56.10 | 52.17 | 57.10 | 54.94 | 52.14 | 55.07 | | |
| | | Percent Not Selected or Challenged | 30.7 | 30.2 | 35.9 | 33.7 | 31.1 | 38.7 | | |

| 2008 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3463 | 280 | 86 | 873 | 120 | 54 | 233 | 443 | 430 | 97 | 459 | 3 | 385 |
| Criminal* | 505 | 2 | 118 | 41 | 129 | 88 | 27 | 37 | 4 | 23 | 9 | 4 | 23 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."