# EXHIBIT 11

DECLARATION OF JOHN N. ZARIAN



# United States District Court
# For the District of Maryland

- CM/ECF
- Calendar
- News
- For Attorneys
- Opinions
- Public Interest Cases
- Court Information
- Forms & Manuals
- Jury Service
- MDLs
- Local Rules
  - Standing orders
- CJA
- Statistics & Reports
- Guestbook
- Judicial Misconduct
- Administrative Office US Courts
- Home

 Local Rules

Local Rules - as amended January 1, 2008

Additional Proposed Amendments to local rules posted November 20, 2007

Proposed Amended local rules posted November 20, 2007

Proposed Red Line Amended local rules posted November 20, 2007

Proposed Amendments to local rules

Local Rules - as amended August 16, 2004

Local Rules - as amended July 14, 2001

Cross Reference to Uniform Numbering System (

Summary of Major Changes to Local Rules 2004

Suggested Protocol for Discovery of Electronically Stored Information

Collateral Schedule

Removal of Bankruptcy-Related Cases And Claims Memorandum

Withdrawal of Reference Memorandum