John N. Zarian (SBN 145080)
ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telephone:  (208) 562-4900
Facsimile:  (208) 562-4901
E-Mail:  zarian@zarianmidgley.com

Mira S. Wolff (SBN 161672)
NEWEGG, INC.
16839 E. Gale Avenue
City of Industry, CA  91745
Telephone:  (626) 271-9700, x. 22032
Facsimile:  (626) 271-9483
E-Mail:  Mira.S.Wolff@newegg.com

Attorneys for Plaintiff and Counterdefendant
NEWEGG INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWEGG INC., a Delaware corporation, | ) |
| Plaintiff, | ) Case No.  C 09 0982 JL |
| | ) |
| v. | ) **CONSENT TO PROCEED BEFORE A** |
| | ) **UNITED STATES MAGISTRATE** |
| TELECOMMUNICATION SYSTEMS, INC., | ) **JUDGE** |
| a Maryland corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

///

///

///

1

DATED this 4th day of May, 2009.

ZARIAN MIDGLEY & JOHNSON PLLC


By /s/ *John N. Zarian*
   John N. Zarian
   Attorneys for Plaintiff and Counterdefendant
   Newegg Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of May, 2009, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.


/s/ *John N. Zarian*
John N. Zarian

3