1  MICHAEL E. DERGOSITS (State Bar No. 118206)
   TEDDY K. JOE (State Bar No.  242589)
2  DERGOSITS & NOAH, L.L.P.
   Four Embarcadero Center, Suite 1450
3  San Francisco, CA 94111
   Telephone:     (415) 705-6377
4  Facsimile:     (415) 750-6383
   Email: mdergosits@dergnoah.com
5  Email: tjoe@dergnoah.com

6  WILLIAM W. FLACHSBART (IL State Bar No. 6237069) (of counsel)
   ROBERT P. GREENSPOON   (IL State Bar No. 6229357) (of counsel)
7  MICHAEL R. LA PORTE (IL State Bar No. 6237510) (of counsel)
   FLACHSBART & GREENSPOON, LLC
8  The Monadnock Building
   53 W. Jackson Blvd, Suite 652
9  Chicago, Illinois 60604
   Telephone:     (312) 431-3800
10 Facsimile      (312) 431-3810
   Email: wwf@fg-law.com
11 Email: rpg@fg-law.com
   Email: mrl@fg-law.com
12
   Attorneys for Defendant TeleCommunication Systems, Inc.
13

14                UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                  SAN FRANCISCO DIVISION

17

18 NEWEGG, INC.,                        | Case No. 09-CV-00982-JL

19            Plaintiff,

20      vs.                             | REPLY DECLARATION OF JAMES R.
                                        | BURDETT IN SUPPORT OF
21 TELECOMMUNICATION SYSTEMS, INC.      | DEFENDANT'S MOTION TO
                                        | TRANSFER VENUE
22            Defendant.
                                        | Hearing: May 20, 2009, 9:30 a.m.
23                                      | Location: Courtroom F, 15th Floor
                                        | Judge: Magistrate Judge James Larson
24

25

26

27

28

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWEGG, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TELECOMMUNICATION SYSTEMS, INC.<br><br>Defendant. | **Case No. 09-CV-00982-JL**<br><br><br>**DECLARATION     OF     JAMES     R.**<br>**BURDETT** |

1.      My name is James R. Burdett. I make these statements based on my own personal knowledge, and I am competent to testify about them.  I am outside counsel for TeleCommunication Systems, Inc. ("TCS") in certain matters, and a partner of the law firm Venable LLP.  My office is in Washington, D.C.  I understand the plaintiff in the above-captioned case has made contentions surrounding TCS's application – as a third-party subpoena recipient – for an order transferring certain civil subpoenas from the Eastern District of Texas to the Eastern District of California in underlying Case No. 5:07-cv-023 (E.D. Tex.).  The application itself is Exhibit 8 to the Declaration of John N. Zarian (Dkt. No. 17-9 in the above-captioned case).  I was responsible for seeking that order, so I can explain the surrounding circumstances.

2.      The subpoenas in question were issued out of the Eastern District of California on plaintiff 800 Adept, Inc.'s behalf.  Their issuance from the California court was highly unusual, since TCS did not have any relevant documents in that judicial

1

district (or in the State of California, for that matter).   Nonetheless, for cost-saving purposes, TCS chose not to move to quash the highly irregular subpoenas.

3.      While TCS did produce some discovery under the subpoenas, none of it was sourced from, delivered to, or had any connection with, the Eastern District of California (or anywhere in California).

4.      The only reason TCS participated in the Eastern District of California was to allow for the formally correct procedure of having the subpoena-issuing court enter the governing confidentiality protective order.   As it happened, TCS never invoked that order, because no confidential documents were ever produced.   After TCS produced some nonconfidential materials (from Annapolis, Maryland to the Eastern District of Texas, via my Washington, D.C. office), the underlying matter settled.   There are no lingering matters.   For all practical purposes, the entire quickly-concluded matter had nothing to do with the State of California (or any of its federal judicial districts).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 4 May 2009

James R. Burdett

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L. R. 5-6 on May 6, 2009.

**REPLY DECLARATION OF JAMES R. BURDETT IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE**

The undersigned hereby certifies that some of the participants in the case are not registered CM/ECF users. The foregoing document will be mailed by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

Mira Susan Wolff
Newegg, Inc.
16839 E. Gale Avenue
City of Industry, CA 91745

The undersigned certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 6, 2009

DERGOSITS & NOAH LLP

_____/s/_____
By: Michael E. Dergosits
MICHAEL E. DERGOSITS (State Bar No. 118206)
TEDDY K. JOE (State Bar No. 242589)
DERGOSITS & NOAH, L.L.P.
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111

WILLIAM W. FLACHSBART
(IL State Bar No. 6237069) (of counsel)
ROBERT P. GREENSPOON
(IL State Bar No. 6229357) (of counsel)
MICHAEL R. LA PORTE
(IL State Bar No. 6237510) (of counsel)
FLACHSBART & GREENSPOON, LLC
The Monadnock Building
53 W. Jackson Blvd, Suite 652
Chicago, Illinois 60604

Attorneys for
3