John N. Zarian (SBN 145080)
ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telephone:  (208) 562-4900
Facsimile:  (208) 562-4901
E-Mail:  zarian@zarianmidgley.com

Mira S. Wolff (SBN 161672)
NEWEGG INC.
16839 E. Gale Avenue
City of Industry, CA  91745
Telephone:  (626) 271-9700, x. 22032
Facsimile:  (626) 271-9483
E-Mail:  Mira.S.Wolff@newegg.com

Attorneys for Plaintiff
NEWEGG INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWEGG INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TELECOMMUNICATION SYSTEMS, INC.,<br>a Maryland corporation,<br><br>　　　　　Defendant. | Case No.  C 09 0982 JL<br><br>**DECLARATION OF JOHN N. ZARIAN ATTESTING TO SIGNATURE OF MIRA S. WOLFF**<br><br>**Hearing Date:  May 20, 2009**<br>**Hearing Time: 9:30 a.m.**<br>**Location:  Courtroom F, 15th Floor**<br>**Judge: Magistrate Judge James Larson** |

I, John N. Zarian, declare as follows:

　　　1.　　I have personal knowledge of the following, and if called as a witness, I could and would testify competently and truthfully thereto.

　　　2.　　I am a member of Zarian Midgley & Johnson, PLLC, counsel of record for Newegg Inc. ("Newegg").  I am duly licensed to practice law in the State of California and before this Court.

1

*Declaration of John N. Zarian Attesting to Signature of Mira S. Wolff*
Case No.: C 09 0982 JL

3. I attest that the signature of Mira S. Wolff on her declaration in opposition of the Motion to Transfer filed by Defendant in the above-captioned matter is her original signature.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of May, 2009, at Boise, Idaho.

/s/ *John N. Zarian*
JOHN N. ZARIAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of May, 2009, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

/s/ *John N. Zarian*
John N. Zarian