John N. Zarian (SBN 145080)
ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
E-Mail: zarian@zarianmidgley.com

Mira S. Wolff (SBN 161672)
NEWEGG INC.
16839 E. Gale Avenue
City of Industry, CA 91745
Telephone: (626) 271-9700, x. 22032
Facsimile: (626) 271-9483
E-Mail: Mira.S.Wolff@newegg.com

Attorneys for Plaintiff
NEWEGG INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWEGG INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TELECOMMUNICATION SYSTEMS, INC.,<br>a Maryland corporation,<br><br>　　　　　Defendant. | Case No. C 09 0982 JL<br><br>**DECLARATION OF JOHN N. ZARIAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>**Hearing Date: May 20, 2009**<br>**Hearing Time: 9:30 a.m.**<br>**Location: Courtroom F, 15th Floor**<br>**Judge: Magistrate Judge James Larson** |

I, John N. Zarian, declare as follows:

　　　1.　　I submit this declaration in opposition of the Motion to Transfer filed by Defendant in the above-captioned matter. I have personal knowledge of the following, and if called as a witness, I could and would testify competently and truthfully thereto.

　　　2.　　I am a member of Zarian Midgley & Johnson, PLLC, counsel of record for Newegg Inc. ("Newegg"). I am duly licensed to practice law in the State of California and before this Court.

1

*Declaration of John N. Zarian in Support of Plaintiff's Opposition to Defendant's Motion to Transfer Venue*
Case No.: C 09 0982 JL

3.	Attached hereto as Exhibit "1" is a true and correct copy of excerpts of an annual report on Form 10-K downloaded from the web site http://www1.telecomsys.com, as maintained by defendant TeleCommunication Systems, Inc. ("TCS").

4.	Attached hereto as Exhibit "2" is a true and correct copy of a document downloaded from the web site http://www1.telecomsys.com, providing certain Investor Overview Information.

5.	Attached hereto as Exhibit "3" is a true and correct copy of a document downloaded from the web site http://www1.telecomsys.com, listing TCS' corporate offices, including an office located at 300 Lakeside Drive, 10th Floor, in Oakland, California.

6.	Attached hereto as Exhibit "4" is a true and correct copy of a document downloaded from the web site http://www.manta.com, estimating the number of employees at the TCS Oakland location is 28, based on information supplied by Dun & Bradstreet. The document identifies "Kivera" as an alternate business name for the business now operating out of TCS Oakland's offices.

7.	Attached hereto as Exhibit "5" is a true and correct copy of a document downloaded from the web site http://www1.telecomsys.com, announcing that, as of September 13, 2004, TCS was acquiring substantially all of the assets of Kivera, Inc., based in Oakland.

8.	Attached hereto as Exhibit "6" is a true and correct copy of a document downloaded from the web site http://www. job.com, listing a current job opening at TCS Oakland for a Principal Computer Software Engineer.

9.	Attached hereto as Exhibit "7" is a true and correct copy of a document downloaded from the California Secretary of State's web site http://kepler. ca.gov, showing that TeleCommunication Systems, Inc. has been doing business in California since at least 1998.

10.	Attached hereto as Exhibit "8" is a true and correct copy of a document downloaded from the web site http://pacer.psc.uscourts.gov, reflecting that, on August 1, 2008, TeleCommunication

*Declaration of John N. Zarian in Support of Plaintiff's Opposition to Defendant's Motion to Transfer Venue*
Case No.: C 09 0982 JL

Systems, Inc. filed a miscellaneous action and *ex parte* application in the Eastern Distict of California, through counsel located in Los Angeles (in the Central District of California).

11. Attached hereto as Exhibit "9" is a true and correct copy of a document downloaded from the web site http://pacer.psc.uscourts.gov, reflecting that, on April 15, 2005, TeleCommunication Systems, Inc. filed a motion seeking, *inter alia*, to transfer venue of an action to Maryland.

12. Attached hereto as Exhibit "10" are true and correct copies of pages downloaded from the web site http://www.uscourts.gov, reporting certain case management statistics and judicial caseload profiles for, *inter alia*, the Northern District of California and the District of Maryland.

13. Attached hereto as Exhibit "11" is a true and correct copy of a document downloaded from the web site http://www.mdd.uscourts.gov, confirming that the District of Maryland has not proposed or adopted any Patent Local Rules.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of April, 2009, at Boise, Idaho.


/s/ *John N. Zarian*
JOHN N. ZARIAN

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of April, 2009, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

/s/ *John N. Zarian*
John N. Zarian

*Declaration of John N. Zarian in Support of Plaintiff's Opposition to Defendant's Motion to Transfer Venue*
Case No.: C 09 0982 JL