<u>**CIVIL MINUTES**</u>

**Chief Magistrate Judge James Larson**          Joan Columbini-Court Reporter

Date: **May 20, 2009**

Case No: **C09-0982 JL**

Case Name: **Newegg, Inc., et al v. Telecommunications Systems, Inc.**
Plaintiff  Attorney(s):John Zarian
Defendant Attorney(s):Michael Dergosits
Deputy Clerk: **Wings Hom**

 **Motions**                                                                  **RULING:**
1. Deft's mo to transfer venue                                      Submitted
2.
3.
4.
5.
6.

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING:**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [X]  Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
         [ ] Jury  [ ]  Court


Notes:




cc: Venice, Kathleen,