UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[ Clear Form ]

NEWEGG, INC., a Delaware Corporation

Plaintiff(s),

Case No. C 09 0982 JL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

TELECOMMUNICATION SYSTEMS,
INC., a Maryland Corporation

Defendant(s).

_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 05/20/2009

[Party]

Dated: 05/20/2009

[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

1

**CERTIFICATE OF SERVICE**

2      The undersigned hereby certifies that all counsel of record who are deemed to have

3  consented to electronic service are being served with a copy of this document via the Court's

4  CM/ECF system per Civil L. R. 5-6 on May 20, 2009.

5              ADR CERTIFICATION BY PARTIES AND COUNSEL

6      The undersigned hereby certifies that some of the participants in the case are not registered

7  CM/ECF users.  The foregoing document will be mailed by First-Class mail, postage prepaid, to

8  the following non-CM/ECF participants:

9
                           Mira Susan Wolff
10                            Newegg, Inc.
                          16839 E. Gale Avenue
11                      City of Industry, CA 91745

12

13      The undersigned certify under penalty of perjury under the laws of the United States of

14  America that the foregoing is true and correct.

15

16  Dated: May 20, 2009                    DERGOSITS & NOAH LLP

17

18                                            /s/
                                         By:  Michael E. Dergosits
19                                       MICHAEL E. DERGOSITS (State Bar No. 118206)
                                         TEDDY K. JOE (State Bar No.  242589)
20                                       DERGOSITS & NOAH, L.L.P.
                                         Three Embarcadero Center, Suite 410
21                                       San Francisco, CA 94111

22                                       WILLIAM W. FLACHSBART
                                         (IL State Bar No. 6237069)
23                                       ROBERT P. GREENSPOON
                                         (IL State Bar No. 6229357) (of counsel)
24                                       MICHAEL R. LA PORTE
                                         (IL State Bar No. 6237510) (of counsel)
25                                       FLACHSBART & GREENSPOON, LLC
                                         The Monadnock Building
26                                       53 W. Jackson Blvd, Suite 652
                                         Chicago, Illinois 60604
27
                                         Attorneys for
28                                       Defendant TeleCommunication Systems, Inc.