UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEWEGG INC

     Plaintiff(s),                             No. 09-00982 JL

     v.                                   NOTICE OF CONTINUANCE
                                            OF CASE MANAGEMENT CONFERENCE

TELECOMMUNICATION SYSTEMS

     Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the case management conference scheduled for June 10, 2009 @ 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to July 8, 2009 @ 10:30 a.m..

Dated: June 2, 2009

*Wings Hom*
_____
Wings Hom Courtroom Deputy to
JAMES LARSON, CHIEF UNITED STATES
MAGISTRATE JUDGE