ADRMOP, AO279, CLOSED, E–Filing, TRANSF

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:09–cv–00982–JL

Newegg, Inc. v. Telecommunication Systems, Inc.  
Assigned to: Magistrate Judge James Larson  
Cause: 35:271 Patent Infringement  

Date Filed: 03/06/2009  
Date Terminated: 06/23/2009  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Plaintiff**

**Newegg, Inc.**   represented by   **John Naya Zarian**
Zarian Midgley &Johnson
960 Broadway Avenue
Suite 250
Boise, ID 83706
208−562−4900
Fax: 208−562−4901
Email: zarian@zarianmidgley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mira Susan Wolff**
Newegg, Inc.
16839 E. Gale Avenue
City of Industry, CA 91745
626−271−9700
Fax: 626−271−9483
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Dergosits**
Dergosits &Noah LLP
Three Embarcadero Center
Suite 410
San Francisco, CA 94111
415−705−6377
Fax: 415−705−6383
Email: mdergosits@dergnoah.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Telecommunication Systems, Inc.**   represented by   **Michael R. La Porte ,**
Flachsbart &Greenspoon LLC
The Monadnock Building
53 W. Jackson Boulevard, Suite 652
Chicago, IL 60604−3459
312−431−3800
Fax:

Email: mrl@fg−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert P Greenspoon**
Flachsbart &Greenspoon
53 West Jackson Blvd
Suite 652
Chicago, IL 60684
312/431−3800
Fax: 312/431−3810
Email: rpg@fg−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Teddy Kite Joe**
Dergosits &Noah LLP
Three Embarcedero Center
Suite 410
San Francisco, CA 94111
415−705−6377 x222
Fax: 415−705−6383
Email: tjoe@dergnoah.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William W Flachsbart**
Flachsbart &Greenspoon
53 West Jackson Blvd
Suite 652
Chicago, IL 60684
312/431−3800
Fax: 312/431−3810
Email: wwf@fg−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Dergosits**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter−claimant**

**Telecommunication Systems, Inc.** represented by **Michael R. La Porte ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert P Greenspoon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Teddy Kite Joe**
(See above for address)

*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**William W Flachsbart**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael E. Dergosits**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Counter–defendant**

**Newegg, Inc.**                              represented by **John Naya Zarian**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Mira Susan Wolff**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2009 | Ï 1 | COMPLAINT /issued summons against Telecommunication Systems, Inc. ( Filing fee $ 350, receipt number 34611029679.). Filed byNewegg, Inc.. (Attachments: # 1 Complaint)(ga, COURT STAFF) (Filed on 3/6/2009) (Entered: 03/06/2009) |
| 03/06/2009 | Ï 2 | Disclosure Statement re 1 Complaint filed byNewegg, Inc.. (ga, COURT STAFF) (Filed on 3/6/2009) (Entered: 03/06/2009) |
| 03/06/2009 | Ï 3 | ADR SCHEDULING ORDER: Case Management Statement due by 6/3/2009. Case Management Conference set for 6/10/2009 10:30 AM.. Signed by Judge James Larson on 3/6/09. (Attachments: # 1 Standing Order)(ga, COURT STAFF) (Filed on 3/6/2009) (Entered: 03/06/2009) |
| 03/06/2009 | Ï | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 3/6/2009) (Entered: 03/06/2009) |
| 03/06/2009 | Ï 4 | REPORT on the filing of an action regarding PATENT INFRINGEMENT (cc: form mailed to register). (ga, COURT STAFF) (Filed on 3/6/2009) (Entered: 03/06/2009) |
| 04/14/2009 | Ï 5 | *DEFENDANT'S* ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Newegg, Inc. byTelecommunication Systems, Inc.. (Dergosits, Michael) (Filed on 4/14/2009) (Entered: 04/14/2009) |
| 04/14/2009 | Ï 6 | MOTION to Change Venue filed by Telecommunication Systems, Inc.. Motion Hearing set for 5/20/2009 09:30 AM in Courtroom F, 15th Floor, San Francisco. (Dergosits, Michael) (Filed on 4/14/2009) (Entered: 04/14/2009) |

| | | |
|---|---|---|
| 04/14/2009 | Ï 7 | Declaration of Elliott Hamilton *In Support of Defendant's Motion to Transfer Venue* filed byTelecommunication Systems, Inc.. (Dergosits, Michael) (Filed on 4/14/2009) (Entered: 04/14/2009) |
| 04/14/2009 | Ï 8 | Proposed Order *Granting Defendant's Motion to Transfer Venue* by Telecommunication Systems, Inc.. (Dergosits, Michael) (Filed on 4/14/2009) (Entered: 04/14/2009) |
| 04/14/2009 | Ï 9 | MOTION for attorney Robert P. Greenspoon leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611031105.) filed by Telecommunication Systems, Inc.. (Attachments: # 1 Proposed Order)(ga, COURT STAFF) (Filed on 4/14/2009) (Entered: 04/16/2009) |
| 04/14/2009 | Ï 10 | MOTION for attorney William W. Flachsbart leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611031105.) filed by Telecommunication Systems, Inc.. (Attachments: # 1 Proposed Order)(ga, COURT STAFF) (Filed on 4/14/2009) (Entered: 04/16/2009) |
| 04/14/2009 | Ï 11 | MOTION for attorney Michael R. LaPorte leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611031105.) filed by Telecommunication Systems, Inc.. (Attachments: # 1 Proposed Order)(ga, COURT STAFF) (Filed on 4/14/2009) (Entered: 04/16/2009) |
| 04/16/2009 | Ï 12 | ORDER by Judge James Larson Granting Admission of Attorney Michael R. LaPorte 11 Motion for Pro Hac Vice (jlsec, COURT STAFF) (Filed on 4/16/2009) (Entered: 04/16/2009) |
| 04/16/2009 | Ï 13 | Certificate of Interested Entities by Telecommunication Systems, Inc. (Dergosits, Michael) (Filed on 4/16/2009) (Entered: 04/16/2009) |
| 04/16/2009 | Ï 14 | ORDER by Judge James Larson Granting Admission of Attorney 9 Motion for Pro Hac Vice (jlsec, COURT STAFF) (Filed on 4/16/2009) (Entered: 04/17/2009) |
| 04/16/2009 | Ï 15 | ORDER by Judge James Larson Granting Admission of Attorney 10 Motion for Pro Hac Vice (jlsec, COURT STAFF) (Filed on 4/16/2009) (Entered: 04/17/2009) |
| 04/29/2009 | Ï 16 | Memorandum in Opposition re 6 MOTION to Change Venue filed byNewegg, Inc.. (Zarian, John) (Filed on 4/29/2009) (Entered: 04/29/2009) |
| 04/29/2009 | Ï 17 | DECLARATION of John N. Zarian in Opposition to 6 MOTION to Change Venue filed byNewegg, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Related document(s) 6 ) (Zarian, John) (Filed on 4/29/2009) (Entered: 04/29/2009) |
| 04/29/2009 | Ï 18 | DECLARATION of Mira S. Wolff in Opposition to 6 MOTION to Change Venue filed byNewegg, Inc.. (Attachments: # 1 Exhibit 1)(Related document(s) 6 ) (Zarian, John) (Filed on 4/29/2009) (Entered: 04/29/2009) |
| 04/29/2009 | Ï 19 | DECLARATION of Scott D. Delacourt in Opposition to 6 MOTION to Change Venue filed byNewegg, Inc.. (Related document(s) 6 ) (Zarian, John) (Filed on 4/29/2009) (Entered: 04/29/2009) |
| 04/30/2009 | Ï 20 | CONSENT to Proceed Before a US Magistrate Judge by Telecommunication Systems, Inc... (Dergosits, Michael) (Filed on 4/30/2009) (Entered: 04/30/2009) |
| 05/04/2009 | Ï 21 | ANSWER TO COUNTERCLAIM 5 Answer to Complaint, Counterclaim byNewegg, Inc.. (Zarian, John) (Filed on 5/4/2009) (Entered: 05/04/2009) |

| 05/04/2009 | Ï 22 | CONSENT to Proceed Before a US Magistrate Judge by Newegg, Inc... (Zarian, John) (Filed on 5/4/2009) (Entered: 05/04/2009) |
|---|---|---|
| 05/06/2009 | Ï 23 | Reply to Opposition *To Defendant's Motion To Transfer Venue* filed byNewegg, Inc.. (Dergosits, Michael) (Filed on 5/6/2009) (Entered: 05/06/2009) |
| 05/06/2009 | Ï 24 | Declaration of JAMES R. BURDETT *In Support Of Defendant's Motion To Transfer Venue* filed byNewegg, Inc.. (Dergosits, Michael) (Filed on 5/6/2009) (Entered: 05/06/2009) |
| 05/11/2009 | Ï 25 | MOTION to Transfer Case filed by Newegg, Inc.. Motion Hearing set for 5/20/2009 09:30 AM in Courtroom F, 15th Floor, San Francisco. (Dergosits, Michael) (Filed on 5/11/2009) (Entered: 05/11/2009) |
| 05/11/2009 | Ï 26 | Declaration of ELLIOTT HAMILTON *In Support Of Defendant's Motion To Transfer Venue* filed byNewegg, Inc.. (Dergosits, Michael) (Filed on 5/11/2009) (Entered: 05/11/2009) |
| 05/11/2009 | Ï 27 | Proposed Order *Granting Defendant's Motion To Transfer Venue* by Newegg, Inc.. (Dergosits, Michael) (Filed on 5/11/2009) (Entered: 05/11/2009) |
| 05/11/2009 | Ï 28 | Reply to Opposition *to Defendant's Motion To Transfer Venue* filed byNewegg, Inc.. (Dergosits, Michael) (Filed on 5/11/2009) (Entered: 05/11/2009) |
| 05/11/2009 | Ï 29 | Declaration of JAMES R. BURDETT *In Support of Defendant's Motion To Transfer Venue* filed byNewegg, Inc.. (Dergosits, Michael) (Filed on 5/11/2009) (Entered: 05/11/2009) |
| 05/11/2009 | Ï 30 | Memorandum in Opposition re 6 MOTION to Change Venue, 25 MOTION to Transfer Case filed byNewegg, Inc.. (Zarian, John) (Filed on 5/11/2009) (Entered: 05/11/2009) |
| 05/11/2009 | Ï 31 | Declaration of SCOTT D. DELACOURT in Support of 30 Memorandum in Opposition *to Plaintiff's Motion to Transfer* filed byNewegg, Inc.. (Attachments: # 1 Declaration of John N. Zarian Attesting to the Signature of Scott D. Delacourt)(Related document(s) 30 ) (Zarian, John) (Filed on 5/11/2009) (Entered: 05/11/2009) |
| 05/11/2009 | Ï 32 | Declaration of MIRA S. WOLFF in Support of 30 Memorandum in Opposition *to Defendant's Motion to Transfer* filed byNewegg, Inc.. (Attachments: # 1 Exhibit 1 to Declaration of Mira S. Wolff, # 2 Declaration of John N. Zarian Attesting to Signature of Mira S. Wolff)(Related document(s) 30 ) (Zarian, John) (Filed on 5/11/2009) (Entered: 05/11/2009) |
| 05/11/2009 | Ï 33 | Declaration of JOHN N. ZARIAN in Support of 30 Memorandum in Opposition *to Defendant's Motion to Transfer* filed byNewegg, Inc.. (Attachments: # 1 Exhibit 1 to Declaration of John N. Zarian, # 2 Exhibit 2 to Declaration of John N. Zarian, # 3 Exhibit 3 to Declaration of John N. Zarian, # 4 Exhibit 4 to Declaration of John N. Zarian, # 5 Exhibit 5 to Declaration of John N. Zarian, # 6 Exhibit 6 to Declaration of John N. Zarian, # 7 Exhibit 7 to Declaration of John N. Zarian, # 8 Exhibit 8 to Declaration of John N. Zarian, # 9 Exhibit 9 to Declaration of John N. Zarian, # 10 Exhibit 10 to Declaration of John N. Zarian, # 11 Exhibit 11 to Declaration of John N. Zarian)(Related document(s) 30 ) (Zarian, John) (Filed on 5/11/2009) (Entered: 05/11/2009) |
| 05/20/2009 | Ï 34 | Minute Entry: Motion Hearing held on 5/20/2009 before James Larson (Date Filed: 5/20/2009) re 6 MOTION to Change Venue filed by Telecommunication |

| | | |
|---|---|---|
| | | Systems, Inc., 25 MOTION to Transfer Case filed by Newegg, Inc.. (Court Reporter Joan Columbini.) (wh, COURT STAFF) (Date Filed: 5/20/2009) (Entered: 05/20/2009) |
| 05/20/2009 | Ï 35 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Dergosits, Michael) (Filed on 5/20/2009) (Entered: 05/20/2009) |
| 05/20/2009 | Ï 36 | STIPULATION and Proposed Order selecting Mediation by Telecommunication Systems, Inc. (Dergosits, Michael) (Filed on 5/20/2009) (Entered: 05/20/2009) |
| 05/21/2009 | Ï 37 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *filed by Newegg Inc.* (Zarian, John) (Filed on 5/21/2009) (Entered: 05/21/2009) |
| 06/02/2009 | Ï 38 | CLERKS NOTICE Case Management Conference set for 7/8/2009 10:30 AM. (wh, COURT STAFF) (Filed on 6/2/2009) (Entered: 06/02/2009) |
| 06/23/2009 | Ï 39 | TRANSFER ORDER by Judge James Larson Granting 6 Motion to Change Venue; Granting 25 Motion to Transfer Case. (jlsec, COURT STAFF) (Filed on 6/23/2009) (Entered: 06/23/2009) |
| 06/23/2009 | Ï 40 | CORRECTED TRANSFER ORDER re 39 Order on Motion to Change Venue, Order on Motion to Transfer Case. Signed by Judge James Larson on 6/23/09. (jlsec, COURT STAFF) (Filed on 6/23/2009) (Entered: 06/23/2009) |