# UNITED STATES DISTRICT COURT
**OFFICE OF THE CLERK**
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Lisa Rosenthal, Chief Deputy

Reply to Northern Division Address

June 25, 2009

| | | |
|---|---|---|
| John Naya Zarian | Mira Susan Wolff | Michael E. Dergosits |
| Zarian Midgley & Johnson | Newegg, Inc. | Teddy Kite Joe |
| 960 Broadway Ave Ste 250 | 16839 E Gale Ave | Dergosits & Noah LLP |
| Boise ID 83706 | City of Industry CA 91745 | 3 Embarcedero Ctr Ste 410 |
| | | San Francisco, CA 94111 |

William W. Flachsbart
Michael R. LaPorte
Robert P. Greenspoon
Flachsbart & Greenspoon
53 West Jackson Blvd Ste 652
Chicago, IL 60684

      RE:    Newegg, Inc. V. Telecommunication Systems, Inc.
                WDQ-09-1670

Dear Counsel:

The above-captioned case has been transferred from the United States District Court for the Northern District of California (San Francisco) and assigned the case number above. The case is subject to this Court's electronic filing requirements and procedures. Our records show that:

[ X ]  You are not a member in good standing of our bar. Your appearance has <u>not</u> been entered in this case and the Court will <u>not</u> send you copies of orders and other documents. Within ten (10) days from the date of this letter you must notify the chambers of the presiding judge whether you will be seeking admission or if another attorney will be entering an appearance. For information on how to become a member of our bar or to appear *pro hac vice*, please visit our web site at: <u>www.mdd.uscourts.gov.</u>  If you were previously a member and have a question concerning your status, please contact our attorney admissions specialist, Catherine Scaffidi, at (410) 962-3293. Once you have been admitted, you **should** register to use CM/ECF.

                                          Sincerely yours,
                                          /s/
                                          Felicia C. Cannon, Clerk

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**