# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEWEGG, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  WDQ-09-1670 |
| ) | |
| TELECOMMUNICATION SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Defendant, Telecommunication Systems, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| July 8, 2009 | /s/ |
| Date | Signature of Counsel |
| | Anthony R. Kratz          28618 |
| | Print Name                Bar Number |
| | VENABLE LLP |
| | Firm Name |
| | 750 E. Pratt Street, Suite 900 |
| | Address |
| | Baltimore, MD  21202 |
| | City/State/Zip |
| | (410) 528-2872 |
| | Phone No. |
| | (410) 244-7142 |
| | Fax No. |
| | akratz@venable.com |
| | Email Address |

BA1/369888

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEWEGG, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELECOMMUNICATION SYSTEMS, INC., )<br>)<br>Defendants. )<br>) | Civil Action No.:  WDQ-09-1670 |

CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2009 a copy of the **Entry of Appearance** of Anthony R. Kratz on behalf of Defendant Telecommunication Systems, Inc., which was electronically filed in this case, was served upon the following through the Court's CM-ECF system and/or via email:

>John Naya Zarian
>Zarian Midgley & Johnson
>960 Broadway Avenue
>Suite 250
>Boise, ID 83706
>(208) 562-4900
>(208) 562-4901 (fax)
>zarian@zarianmidgley.com
>
>Counsel for Plaintiff Newegg, Inc.

>                /s/
>Anthony R. Kratz (Bar No. 28618)
>VENABLE LLP
>750 E. Pratt Street
>Baltimore, MD  21202
>Ph.:  (410) 528-2872
>Fax:  (410) 244-7142

BA1/369888