**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NEWEGG, INC. | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|    v. | )   Civil Action No.:  WDQ-09-1670 |
| | ) |
| TELECOMMUNICATION SYSTEMS, INC., | ) |
| | ) |
|        Defendant. | ) |
| | ) |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Defendant, Telecommunication Systems, Inc.

I certify that I am admitted to practice in this court.


July 8, 2009                                                          /s/
Date                                                                  Signature of Counsel

                                                                      Jeffrey A. Dunn          02956
                                                                      Print Name               Bar Number

                                                                      VENABLE LLP
                                                                      Firm Name

                                                                      575 7th Street, NW
                                                                      Address

                                                                      Washington, DC  20004
                                                                      City/State/Zip

                                                                      (202) 344-4870
                                                                      Phone No.

                                                                      (202) 344-8300
                                                                      Fax No.

                                                                      jadunn@venable.com
                                                                      Email Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEWEGG, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELECOMMUNICATION SYSTEMS, INC., )<br>)<br>Defendants. )<br>) | Civil Action No.: WDQ-09-1670 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2009, a copy of the **Entry of Appearance** of Jeffrey A. Dunn on behalf of Defendant Telecommunication Systems, Inc., which was electronically filed in this case, was served upon the following through the Court's CM-ECF system and/or via email:

> John Naya Zarian
> Zarian Midgley & Johnson
> 960 Broadway Avenue
> Suite 250
> Boise, ID 83706
> (208) 562-4900
> (208) 562-4901 (fax)
> zarian@zarianmidgley.com
>
> Counsel for Plaintiff Newegg, Inc.

                                                                        /s/
Jeffrey A. Dunn (Bar No. 02956)
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
Tel: (202) 344-4870
Fax: (202) 344-8300

BA1/369894