UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEWEGG, INC. | ) |
|        Plaintiff, | ) ) ) |
| v. | ) )  Civil Action No.: WDQ-09-1670 |
| TELECOMMUNICATION SYSTEMS, INC., | ) ) ) |
|        Defendant. | ) ) |

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Anthony R. Kratz, am a member in good standing of the bar of this Court. My bar number is 28618. I am moving the admission of William W. Flachsbart to appear *pro hac vice* in this case as counsel for Defendant Telecommunication Systems, Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Supreme Court of Illinois, admitted November 7, 1996 | United States Supreme Court, admitted June 22, 2009 |
| | USDC Northern District of Illinois, admitted December 18, 1996 |
| | USDC District of Arizona, admitted January 25, 2000 |
| | USDC Eastern District of Tennessee, admitted February 2, 2000 |
| | USDC Western District of Wisconsin, admitted February 3, 2003 |
| | USDC District of Colorado, admitted February 11, 2002 |

USCA Federal Circuit, admitted March 21, 2000

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or Jeffrey A. Dunn, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

Dated: July 8, 2009

MOVANT

_Anthony R. Kratz_
Signature

Anthony R. Kratz
Printed Name

Venable LLP
Firm

750 E. Pratt Street, Suite 900
Address

Baltimore, MD 21202
City/State/Zip

(410) 528-2872
Telephone Number

PROPOSED ADMITTEE

_W. W. M_
Signature

William W. Flachsbart
Printed Name

Flachsbart & Greenspoon LLC
Firm

53 W. Jackson Blvd, Suite 652
Address

Chicago, IL 60604
City/State/Zip

(312) 431-3800
Telephone Number

(410) 244-7742
Fax Number

akratz@venable.com
Email Address

(312) 431-3810
Fax Number

wwf@fg-law.com
Email Address

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEWEGG, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: WDQ-09-1670 |
| ) | |
| TELECOMMUNICATION SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2009 a copy of the **Motion for Admission *Pro Hac Vice*** of William W. Flachsbart on behalf of Defendant Telecommunication Systems, Inc., which was electronically filed in this case, was served upon the following through the Court's CM-ECF system and/or via email:

> John Naya Zarian
> Zarian Midgley & Johnson
> 960 Broadway Avenue
> Suite 250
> Boise, ID 83706
> (208) 562-4900
> (208) 562-4901 (fax)
> zarian@zarianmidgley.com
>
> Counsel for Plaintiff Newegg, Inc.

_/s/_
Anthony R. Kratz (Bar No. 28618)
VENABLE LLP
750 E. Pratt Street
Baltimore, MD 21202
Ph.: (410) 528-2872
Fax: (410) 244-7142