UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NEWEGG, INC. )
)
        Plaintiff, )
)
v. ) Civil Action No.: WDQ-09-1670
)
TELECOMMUNICATION SYSTEMS, INC., )
)
        Defendant. )

## MOTION FOR ADMISSION *PRO HAC VICE*

      I, Anthony R. Kratz, am a member in good standing of the bar of this Court. My bar number is 28618. I am moving the admission of Michael R. La Porte to appear *pro hac vice* in this case as counsel for Defendant Telecommunication Systems, Inc.

      We certify that:

1.    The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2.    The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Supreme Court of Illinois, admitted November 7, 1996 | USDC Northern District of Illinois, admitted December 18, 1996 |
| | USCA Federal Circuit, admitted October 26, 2006 |

3.    During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or Jeffrey A. Dunn, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

Dated: July 8, 2009

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Anthony R. Kratz | Michael R. La Porte |
| Signature | Signature |
| Anthony R. Kratz | Michael R. La Porte |
| Printed Name | Printed Name |
| Venable LLP | Flachsbart & Greenspoon LLC |
| Firm | Firm |
| 750 E. Pratt Street, Suite 900 | 53 W. Jackson Blvd, Suite 652 |
| Address | Address |
| Baltimore, MD 21202 | Chicago, IL 60604 |
| City/State/Zip | City/State/Zip |
| (410) 528-2872 | (312) 431-3800 |
| Telephone Number | Telephone Number |
| (410) 244-7742 | (312) 431-3810 |
| Fax Number | Fax Number |
| akratz@venable.com | mrl@fg-law.com |
| Email Address | Email Address |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEWEGG, INC. </br></br> Plaintiff, </br></br> v. </br></br> TELECOMMUNICATION SYSTEMS, INC., </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> )  Civil Action No.: WDQ-09-1670 </br> ) </br> ) </br> ) </br> ) |

CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2009 a copy of the **Motion for Admission *Pro Hac Vice*** of Michael R. La Porte on behalf of Defendant Telecommunication Systems, Inc., which was electronically filed in this case, was served upon the following through the Court's CM-ECF system and/or via email:

    John Naya Zarian
    Zarian Midgley & Johnson
    960 Broadway Avenue
    Suite 250
    Boise, ID 83706
    (208) 562-4900
    (208) 562-4901 (fax)
    zarian@zarianmidgley.com

    Counsel for Plaintiff Newegg, Inc.

                                                          /s/
                                    Anthony R. Kratz (Bar No. 28618)
                                    VENABLE LLP
                                    750 E. Pratt Street
                                    Baltimore, MD  21202
                                    Ph.: (410) 528-2872
                                    Fax: (410) 244-7142