IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEWEGG INC. )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>TELECOMMUNICATION SYSTEMS, INC., )<br>)<br>   Defendant. )<br>) | Civil Action No. 1:09-CV-01670-WDQ |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Plaintiff Newegg Inc. I certify that I am admitted to practice in this court.


July 9, 2009                                         /s/
                                            June E. Cohan (Bar No. 17619)
                                            EDELL SHAPIRO & FINNAN, LLC
                                            1901 Research Blvd., Suite 400
                                            Rockville, MD 20850
                                            Tel: 240.864.2429
                                            Fax: 301.762.4056
                                            jcohan@usiplaw.com

                                            *Counsel for Plaintiff Newegg Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2009 a copy of the foregoing **Entry of Appearance**, which was electronically filed in this case, was served upon the following counsel for Defendant TeleCommunication Systems, Inc. via the Court's CM/ECF system per Local Rule 102(1)(c), or via e-mail.

| | |
|---|---|
| Jeffrey A. Dunn<br>Anthony R. Kratz<br>VENABLE LLP<br>750 E. Pratt Street<br>Baltimore, MD 21202<br>Tel: 410.528.2872<br>Fax: 410.244.7142<br>jadunn@Venable.com<br>akratz@venable.com<br><br>*Via CM/ECF Notification* | William W. Flachsbart<br>Robert P. Greenspoon<br>Michael R. La Porte<br>FLACHSBART & GREENSPOON, LLC<br>The Monadnock Building<br>53 W. Jackson Blvd., Suite 652<br>Chicago, IL 60604<br>Tel: 312.431.3800<br>Fax: 312.431.3810<br>wwf@fg-law.com<br>rpg@fg-law.com<br>mrl@fg-law.com<br><br>*Via E-mail* |

                                    /s/
June E. Cohan (Bar No. 17619)
EDELL SHAPIRO & FINNAN, LLC
1901 Research Blvd., Suite 400
Rockville, MD 20850
Tel: 240.864.2429
Fax: 301.762.4056
jcohan@usiplaw.com

*Counsel for Plaintiff Newegg Inc.*