IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEWEGG INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:09-CV-01670-WDQ |
| ) | |
| TELECOMMUNICATION SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

I, June E. Cohan, am a member in good standing of the bar of this Court. My bar number is 17619. I am moving the admission of Lane M. Chitwood to appear *pro hac vice* in this case as counsel for Plaintiff Newegg Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Oregon State Bar, 10/11/2005 | U.S. District Court Oregon, 10/16/2006 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero (0) times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and

the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.      The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9.      We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *(signature)* | *(signature)* |
| June E. Cohan (Bar No. 17619) | Lane M. Chitwood |
| EDELL SHAPIRO & FINNAN, LLC | ZARIAN MIDGLEY & JOHNSON PLLC |
| 1901 Research Blvd., Suite 400 | University Plaza |
| Rockville, MD 20850 | 960 Broadway Avenue, Suite 250 |
| Tel: 240.864.2429 | Boise, ID 83706 |
| Fax: 301.762.4056 | Tel: 208.562.4900 |
| jcohan@usiplaw.com | Fax: 208.562.4901 |
|  | chitwood@zarianmidgley.com |