# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

September 25, 2009

June E. Cohan, Esq.
Edell Shapiro & Finnan, LLC
1901 Research Blvd. Ste. 400
Rockville, MD 20850

Anthony R. Kratz, Esq.
Venable LLP
750 E. Pratt St. Ste. 900
Baltimore, MD 21202

John N. Zarian, Esq.
Zarian Midgeley & Johnson, PLLC
University Plaza
960 Broadway Ave. Ste. 250
Boise, ID 83706

Jeffrey A. Dunn, Esq.
Venable LLP
575 Seventh St. NW
Washington, DC 20004

Lane M. Chitwood, Esq.
Zarian Midgeley & Johnson, PLLC
University Plaza
960 Broadway Ave. Ste. 250
Boise, ID 83706

Robert P. Greenspoon, Esq.
Flachsbart & Greenspoon
53 W. Jackson Blvd. Ste. 652
Chicago, IL 60604

  Re: *Newegg, Inc., v. Telecommunications Systems, Inc.*
   Civil No.  WDQ 09-1670

Dear Counsel:

  This confirms our conversation this morning.  The parties will submit a joint status report by October 30, 2009 informing the Court about their efforts to begin mediation and whether it will be necessary to enter a scheduling order.

          Very truly yours,

          /s/

          William D. Quarles, Jr.
          United States District Judge