IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEWEGG INC. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:09-CV-01670-WDQ |
| TELECOMMUNICATIONS SYSTEMS, INC. | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, NEWEGG INC. ("Newegg"), and Defendant, Telecommunications Systems, Inc. ("TCS") having settled their disputes and stipulated that all of the claims and counterclaims in the above-captioned action be dismissed with prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, and that each party will bear its own fees and costs.

DATED: _____, 2010

_____

District Judge

Respectfully Submitted,

*For Plaintiff NEWEGG INC.*

\_\_\_\_\_/s/_____
John N. Zarian, admitted *pro hac vice*

John N. Zarian, admitted *pro hac vice*
Lane M. Chitwood, admitted *pro hac vice*
ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza
960 Broadway Avenue, Suite 250
Boise, ID 83706
Tel: 208.562.4900
Fax: 208.562.4901
zarian@zarianmidgley.com
chitwood@zarianmidgley.com

*For Defendant TeleCommunication Systems, Inc.*

\_\_\_\_\_/s/_____
William W. Flachsbart, admitted *pro hac vice*
*(signed by John N. Zarian with permission of William W. Flachsbart)*

Jeffrey A. Dunn (Bar No. 02956)
Anthony R. Kratz (Bar No. 28618)
VENABLE LLP
750 E. Pratt Street
Baltimore, MD 21202
Tel: 410.528.2872
Fax: 410.244.7142
jadunn@Venable.com
akratz@venable.com

William W. Flachsbart, admitted *pro hac vice*
Robert P. Greenspoon, admitted *pro hac vice*
Michael R. La Porte, admitted *pro hac vice*
FLACHSBART & GREENSPOON, LLC
333 N. Michigan Ave. Suite 2700
Chicago, IL 60604
Tel: 312.431.3800
Fax: 312.431.3810
wwf@fg-law.com
rpg@fg-law.com
mrl@fg-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2010, a copy of the foregoing STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE, which was electronically filed in this action, was served upon the following counsel for Defendant TeleCommunication Systems, Inc., *via* the Court's CM/ECF system per Local Rule 102(1)(c):

| | |
|---|---|
| Jeffrey A. Dunn | William W. Flachsbart |
| Anthony R. Kratz | Robert P. Greenspoon |
| VENABLE LLP | Michael R. La Porte |
| 750 E. Pratt Street | FLACHSBART & GREENSPOON, LLC |
| Baltimore, MD 21202 | 333 N. Michigan Avenue |
| Tel: 410.528.2872 | Suite 2700 |
| Fax: 410.244.7142 | Chicago, IL 60601 |
| jadunn@venable.com | Tel: 312.5519500 |
| akratz@venable.com | Fax: 312.551.9501 |
| | wwf@fg-law.com |
| | rpg@fg-law.com |
| | mrl@fg-law.com |

*For Plaintiff NEWEGG INC.*

　　/s/
John N. Zarian, admitted *pro hac vice*

John N. Zarian, admitted *pro hac vice*
Lane M. Chitwood, admitted *pro hac vice*
ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza
960 Broadway Avenue, Suite 250
Boise, ID 83706
Tel: 208.562.4900
Fax: 208.562.4901
zarian@zarianmidgley.com
chitwood@zarianmidgley.com