IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NEWEGG INC. )
)
Plaintiff )
)
v. ) Civil Action No. 1:09-CV-01670-WDQ
)
TELECOMMUNICATIONS )
SYSTEMS, INC. )
)
Defendant. )
)

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff, NEWEGG INC. ("Newegg"), and Defendant, Telecommunications Systems, Inc. ("TCS") having settled their disputes and stipulated that all of the claims and counterclaims in the above-captioned action be dismissed with prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, and that each party will bear its own fees and costs.

DATED: _____March 5_____, 2010

_____
District Judge